# United States Court of Appeals for the Federal Circuit

---

August 5, 2021

**ERRATA**

---

Appeal No. 2020-1775

**CORUS REALTY HOLDINGS, INC.,**
*Plaintiff-Appellant*

**v.**

**ZILLOW GROUP, INC., ZILLOW, INC., TRULIA, LLC,**
*Defendants-Appellees*

Decided:  June 29, 2021
Non-Precedential Opinion

---

Please make the following change:

On page 2, in the footnote relating to the Chief Judge transition, please change date from May 22, 2021 to May 21, 2021.